Dan C. Bowen (Nevada Bar No. 1555)
BOWEN HALL OHLSON & OSBORNE
555 S. Center Street
Reno, NV 89501
Telephone: (775) 323-8678
Facsimile:   (775) 786-6631
dbowen@bowenhall.com

Of Counsel:

Joseph A. Hynds (Admitted *Pro Hac Vice*)
Steven Lieberman (Admitted *Pro Hac Vice*)
Lisa N. Phillips (Admitted *Pro Hac Vice*)
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1425 K Street, N.W.
Suite 800
Washington, DC  20005
Tel:  (202) 783-6040
Fax: (202) 783-6031
jhynds@rfem.com
slieberman@rfem.com
lphillips@rfem.com

*Counsel for Defendant/Counterclaim-Plaintiff Sandoz Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BAYER SCHERING PHARMA AG and BAYER HEALTHCARE PHARMACEUTICALS INC., <br><br>Plaintiffs/Counter-Defendants, <br><br>v. <br><br>SANDOZ INC., WATSON PHARMACEUTICALS, INC. and WATSON LABORATORIES, INC., <br><br>Defendants/Counter-Plaintiffs, | No. 2:08-cv-00995-KJD-(GWF) <br>Consolidated with <br><br>No. 2:07-cv-01472-KJD-(GWF) <br>Basefile <br><br>**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO BAYER'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT OF U.S. REISSUE PATENT NOS. 37,564 AND 37,838** |

Defendants Sandoz Inc. ("Sandoz") and Watson Pharmaceuticals, Inc. and Watson Laboratories, Inc. (collectively "Watson"), by and through their undersigned counsel, hereby jointly move the Court for an extension of time to respond to the Motion for Summary Judgment of Infringement of U.S. Reissue Patent Nos. 37,564 and 37,838 filed by Plaintiffs Bayer Schering Pharma AG and Bayer Healthcare Pharmaceuticals Inc. (collectively, "Bayer") on June

CT01/KNIGD/264022.1

28, 2010 ("Bayer's Motion"). The present due date for responding to Bayer's Motion is July 22, 2010. Defendants request that this due date be extended to August 12, 2010. Plaintiffs do not oppose Defendants' requested extension.

This is the first request for an extension of time with respect to Bayer's Motion by Defendants. This request is not being made for the purposes of delay or for other improper purpose.

Dated: July 19, 2010

/s/ Dan C. Bowen
Dan C. Bowen (Nevada Bar No. 1555)
BOWEN HALL OHLSON & OSBORNE
555 S. Center Street
Reno, NV 89501
Telephone: (775) 323-8678
Facsimile:   (775) 786-6631
dbowen@bowenhall.com

Of Counsel:
Joseph A. Hynds (Admitted *Pro Hac Vice*)
Steven Lieberman (Admitted *Pro Hac Vice*)
Lisa N. Phillips (Admitted *Pro Hac Vice*)
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1425 K Street, N.W.
Suite 800
Washington, DC  20005
Tel:  (202) 783-6040
Fax: (202) 783-6031
jhynds@rfem.com
slieberman@rfem.com
lphillips@rfem.com

*Counsel for Defendant/Counterclaim-Plaintiff Sandoz Inc.*

/s/ Michael D. Rounds
Michael D. Rounds (Nevada Bar No. 4734)
Ryan Johnson (Nevada Bar No. 9070)
WATSON ROUNDS
777 North Rainbow Blvd., Suite 350
Las Vegas, NV 89107
(702) 636-4902 (phone)
(702) 636-4904 (facsimile)
mrounds@watsonrounds.com

2

CT01/KNIGD/264022.1

Of Counsel:
Cedric C.Y. Tan
Kristin M. Cooklin
TOWNSEND AND TOWNSEND AND CREW LLP
1301 K Street, N.W.
Ninth Floor, East Tower
Washington, DC 20005
(202) 481-9900 (phone)
(202) 481-3972 (facsimile)
cctan@townsend.com
kmcooklin@townsend.com

Mark T. Jansen
TOWNSEND AND TOWNSEND AND CREW LLP
Two Embarcadero Center
Eighth Floor
San Francisco, CA 94111
(415) 576-0200 (phone)
(415) 576-0300 (facsimile)
mtjansen@townsend.com

*Counsel for Defendants/Counterclaim-Plaintiffs Watson Pharmaceuticals, Inc. and Watson Laboratories, Inc.*

Dated: JULY 30, 2010

IT IS SO ORDERED.

_____
U.S. District Judge

CT01/KNIGD/264022.1

3