UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

BAYER SCHERING PHARMA AG )
and BAYER HEALTHCARE )
PHARMACEUTICALS INC., )
 )
    Plaintiffs/Counter-Defendants, )
 )
v. )
 )            No. 2:07-cv-01472-(KJD-GWF)
WATSON PHARMACEUTICALS, INC. )     Consolidated with
and WATSON LABORATORIES, INC., )   No. 2:08-cv-00995-(KJD-GWF)
 )
    Defendants/Counter-Plaintiffs, )
 )
and )
 )
SANDOZ INC., )
 )
    Defendant/Counter-Plaintiff. )

### [PROPOSED] PARTIAL FINAL JUDGMENT UNDER FED. R. CIV. P. 54(b) AND STAY OF FURTHER PROCEEDINGS PENDING APPEAL

Defendants Sandoz Inc. ("Sandoz"), Watson Pharmaceuticals, Inc. and Watson Laboratories, Inc. ("Watson") (all Defendants, collectively, "Defendants") have jointly moved the Court, pursuant to Fed. R. Civ. P. 54(b), to enter partial final judgment and certify for appeal the Court's March 30, 2012 Order granting Bayer's motion for summary judgment that United States Reissue Patent No. 37, 564 ("the '564 patent") is not invalid as obvious. Plaintiffs have not opposed the Defendants' joint motion. The Court, having granted the joint motion and having expressly found that there exists no just reason for delay, now enters final judgment as to the following claims in this case, pursuant to Fed. R. Civ. P. 54(b):

    1.    IT IS ORDERED AND ADJUDGED that final judgment is hereby entered in favor of Plaintiffs Bayer Schering Pharma AG and Bayer Healthcare Pharmaceuticals Inc. and against

1. Defendants Watson Pharmaceuticals, Inc. and Watson Laboratories, Inc. on Counterclaim Two of Watson's Answer, Affirmative Defenses and Counterclaims as to the validity of the '564 patent. (*See* Dkt. No. 12, Counterclaims, ¶¶ 27-29).

2. IT IS ORDERED AND ADJUDGED that final judgment is hereby entered in favor of Plaintiffs Bayer Schering Pharma AG and Bayer Healthcare Pharmaceuticals Inc. and against Defendant Sandoz Inc. on the Second Counterclaim of Sandoz's Second Amended Answer and Counterclaims as to the validity of the '564 patent. (*See* Dkt. No. 147, Counterclaims, ¶¶ 10-14).

3. This final judgment is entered solely with respect to the counterclaims listed above.

Further, after consideration of the Defendants' joint request for a stay of the remaining proceedings in this Court, the Court hereby grants the requested stay of the determination of remedies, including, *inter alia*, the deadlines set forth regarding damages discovery as between Bayer and Sandoz in this Court's September 22, 2011 Order, until the mandate is issued by the United States Court of Appeals for the Federal Circuit on appeal of this Partial Final Judgment.

4. IT IS ORDERED that the Court will retain jurisdiction to resolve MOTION (#339) Pursuant to 35 U.S.C. 271(e).

**IT IS SO ORDERED.**

Dated: __May 25__, 2012

_____
Honorable Kent J. Dawson
United States District Court
District of Nevada