Andrew P. Gordon (Nevada Bar No. 3421)
McDonald Carano Wilson LLP
2300 West Sahara Avenue, Suite 1000
Las Vegas, Nevada 89102
Phone:(702) 873-4100
Fax: (702) 873-9966
agordon@Mcdonaldcarano.com
*Attorneys for Plaintiffs Bayer Schering Pharma AG
and Bayer HealthCare Pharmaceuticals Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Bayer HealthCare Pharmaceuticals Inc.,

                Plaintiff,

      v.

Watson Pharmaceuticals, Inc. et al.

                Defendants.

Case No. 2:07-cv-01472

**NOTICE OF WITHDRAWAL OF
ANDREW P. GORDON AS COUNSEL**

      PLEASE TAKE NOTICE that Andrew P. Gordon, of the law firm of McDonald Carano Wilson LLP, hereby withdraws as counsel for Plaintiff Bayer HealthCare Pharmaceuticals Inc. ("Plaintiff") in this matter.  The law firms of Lewis and Roca, LLP and Bartlit Beck Herman Palenchar & Scott will continue to represent Plaintiff in this matter.  Pursuant to Local Rule IA 10-6, the Plaintiff is being notified of this withdrawal by notice to its counsel.

      DATED this 17th day of July 2012.

                */s/ Andrew P. Gordon*
                Andrew P. Gordon (Nevada Bar No. 3421)
                McDonald Carano Wilson LLP
                2300 West Sahara Avenue, Suite 1000
                Las Vegas, Nevada 89102

                **ORDER**

      IT IS SO ORDERED.

                *George Foley Jr.*
                George Foley Jr.
                United States Magistrate Judge

                Dated: July 18, 2012