Dan C. Bowen (Nevada Bar No. 1555)
Ann O. Hall (Nevada Bar No. 5447)
BOWEN HALL
555 S. Center Street
Reno, NV 89501
Telephone: (775) 323-8678
Facsimile:  (775) 786-6631
dbowen@bowenhall.com

Joseph A. Hynds (Admitted *Pro Hac Vice*)
Steven Lieberman (Admitted *Pro Hac Vice*)
Lisa N. Phillips (Admitted *Pro Hac Vice*)
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
607 14th Street, N.W.
Suite 800
Washington, DC  20005
Telephone: (202) 783-6040
Facsimile:  (202) 783-6031
jhynds@rfem.com
slieberman@rfem.com
lphillips@rfem.com

*Counsel for Defendant/Counterclaim-Plaintiff Sandoz Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BAYER SCHERING PHARMA AG and BAYER HEALTHCARE PHARMACEUTICALS INC., <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br><br><br><br><br> WATSON PHARMACEUTICALS, INC. and WATSON LABORATORIES, INC., <br><br> Defendants/Counter-Plaintiffs, <br> and <br><br> SANDOZ INC., <br><br> Defendant/Counter-Plaintiff. | No. 2:08-cv-00995-KJD-(GWF) <br> Consolidated with <br> No. 2:07-cv-01472-KJD-(GWF) <br><br><br><br><br><br> **ORDER DENYING AS MOOT THE PORTION OF SANDOZ'S EMERGENCY MOTION TO STAY REQUESTING ALTERNATIVE RELIEF UNDER FED. R. CIV. P. RULE 60(b)(6)** |

On February 11, 2013, this Court granted Plaintiff's Motion to Reset the Effective Date of the FDA's approval for the Defendants to Market Generic YAZ.  (Dkt. 363.)

On February 12, 2013, Defendant Sandoz Inc. ("Sandoz") filed an emergency motion to stay the Court's February 11 order (*see* Dkt. 364.) and a memorandum in support thereof ("Emergency Motion to Stay").  Sandoz requested relief therein pursuant to Fed. R. Civ. P. 62(c) (Dkt. 364 at 2.) and, in the alternative, pursuant to Fed. R. Civ. P. 60(b)(6).

On February 28, 2013, Sandoz filed Notice of Withdrawal of the Portion of Sandoz's Emergency Motion to Stay Requesting Alternative Relief Under Fed. R. Civ. P. Rule 60(b)(6). (Dkt. 375.)

In view of the Sandoz notice of withdrawal, IT IS HEREBY ORDERED that Sandoz's motion pursuant to Fed. R. Civ. P. 60(b)(6) is hereby DENIED as moot.

DATED this 8th day of March 2013.

_____
Kent J. Dawson
United States District Judge