Michael D. Rounds (Nevada Bar # 4734)
Ryan E. Johnson (Nevada Bar # 9070)
WATSON ROUNDS
777 N. Rainbow Blvd., Suite 350
Las Vegas, NV 89107
(702) 636-4902 (phone)
(702) 636-4904 (facsimile)
mrounds@watsonrounds.com
rjohnson@watsonrounds.com

Cedric C.Y. Tan (admitted *pro hac vice*)
Kristin M. Cooklin (admitted *pro hac vice*)
Neil McCarthy (admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
CTan@crowell.com
KCooklin@crowell.com

Mark T. Jansen (admitted *pro hac vice*)
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
MJansen@crowell.com

*Counsel for Defendants/Counterclaim-Plaintiffs Watson Pharmaceuticals, Inc. and Watson Laboratories, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BAYER SCHERING PHARMA AG and BAYER HEALTHCARE PHARMACEUTICALS INC., <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br><br><br><br><br> WATSON PHARMACEUTICALS, INC. and WATSON LABORATORIES, INC., <br><br> Defendants/Counter-Plaintiffs, <br><br> and <br><br> SANDOZ INC., <br><br> Defendant/Counter-Plaintiff. | No. 2:08-cv-00995-KJD-(GWF) <br> Consolidated with <br> No. 2:07-cv-01472-KJD-(GWF) <br><br><br><br><br><br> **ORDER DENYING AS MOOT THE PORTION OF WATSON'S EMERGENCY MOTION TO STAY REQUESTING ALTERNATIVE RELIEF UNDER FED. R. CIV. P. RULE 60(b)(6)** |

On February 11, 2013, this Court granted Plaintiff's Motion to Reset the Effective Date of the FDA's approval for the Defendants to Market Generic YAZ.  (Dkt. 363.)

On February 12, 2013, Defendant Sandoz Inc. ("Sandoz") filed an emergency motion to stay the Court's February 11 order (*see* Dkt. 364.) and a memorandum in support thereof ("Emergency Motion to Stay").  Sandoz requested relief therein pursuant to Fed. R. Civ. P. 62(c) (Dkt. 364 at 2.) and, in the alternative, pursuant to Fed. R. Civ. P. 60(b)(6).

On February 13, 2013 Defendants Watson Pharmaceuticals, Inc. and Watson Laboratories, Inc. (collectively, "Watson") filed a joinder to Sandoz's Emergency Motion to Stay.  (Dkt. 366.)

On February 28, 2013, Sandoz filed Notice of Withdrawal of the Portion of Sandoz's Emergency Motion to Stay Requesting Alternative Relief Under Fed. R. Civ. P. Rule 60(b)(6). (Dkt. 375.)

On February 28, 2013, Watson filed a Notice of Clarification and/or Partial Withdrawal of Watson's Notice and Joinder of Emergency Motion as to the Portion Requesting Alternative Relief Under Fed. R. Civ. P. 60(b)(6).  (Dkt. 376.)

In view of the Watson notice of withdrawal as well as the Sandoz notice of withdrawal, IT IS HEREBY ORDERED that Watson's motion pursuant to Fed. R. Civ. P. 60(b)(6) is hereby DENIED as moot.

DATED this 8th day of March 2013.

_____
Kent J. Dawson
United States District Judge